Juan A. Monagas, demandante y apelante, v. Central Eureka, Inc., demandada; y Francisco Rodríguez, querellado y apelado.

No. 5426.—*Sometido:* Mayo 8, 1931. *Resuelto:* Julio 8, 1931.

*José Sabater,* abogado del apelante; *Ildefonso Freyre,* abogado del apelado.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

Juan A. Monagas, demandante en un pleito contra la Central Eureka, obtuvo de la corte de distrito una orden decretando la devolución de la cantidad de $211.43 que se alegaba haber sido cobrada por el taquígrafo de la corte en exceso de lo que permite la ley. Esta orden se basó en el caso de *Guardiola v. Corte de Distrito,* 37 D.P.R. 649.

Unos 14 meses después, luego de la decisión de este Tribunal en *De Gracia* v. *Guardiola,* 39 D.P.R. 886, el juez de distrito, a moción del taquígrafo, anuló su orden anterior. Se señala esto como error.

El taquígrafo no era parte en el pleito, dentro del significado del artículo 140 del Código de Enjuiciamiento Civil, ni en forma alguna. La orden disponiendo que el taquígrafo devolviera parte del dinero pagádole por el demandante en una acción pendiente, no era en ningún sentido una sentencia que no pudiera ser modificada después de expirado el término. Se trataba de una orden administrativa dirigida a un fun-

cionario ministerial de la corte. Que sepamos, ni el artículo 140 del Código de Enjuiciamiento Civil ni artículo alguno de ese código, fijan un límite de tiempo sobre la facultad del juez de distrito para enmendar o para anular una orden de esa índole.

*Debe confirmarse la orden apelada.*